PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Adiel Lopez  Cr.: 12-CR-00174-ES-1
PACTS #: 62129

Name of Sentencing Judicial Officer:  THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/07/2012

Original Offense: 18 U.S.C. §§ 1349; Conspiracy to Commit Fraud.

Original Sentence: 33 months imprisonment, 36 months supervised release

Special Conditions: No New Debt/Credit, Employment Requirements/Restrictions

Type of Supervision: Supervised Release   Date Supervision Commenced: 01/29/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender will be unable to pay the full balance of the court imposed restitution of $868,125, at a rate of $150 per month, prior to his expiration date of January 28, 2018. |

U.S. Probation Officer Action:
The offender has made a good faith effort to remit his monthly restitution payments. He has paid a total of $3,301.95. Due to his impending supervision expiration date of January 28, 2018, the Financial Litigation Unit (FLU) of the United States Attorney's Office for the District of New Jersey was advised of same, so that the order of restitution can continue to be enforced.

We recommend that he be allowed to expire from supervised release as scheduled on January 28, 2018.

Respectfully submitted,

*Julie Chowdhury*
By: Julie Chowdhury

Date: 01/19/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other: Offender will be discharged from supervision as scheduled on January 28, 2018. He will continue to make monthly payments towards restitution via Financial Litigation Unit.

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.

January 23, 2018
Date